IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 12 PM 1: 55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

UNITED STATES OF AMERICA,          *

    Plaintiff,          *

v.          *

                      Cr. No. 05-20219-B

TOMMIE LEE BALLARD,          *

    Defendant.          *

---

## ORDER

Upon motion of the defendant, Tommie Lee Ballard, and it appearing that said motion is well-taken and should be granted, the motion is hereby **GRANTED**.

Mr. Ballard's bond is hereby lowered to $2,500 with 10 percent deposited with the Clerk's Office.

It is so **ORDERED**.

This, the 12 day of Sept 2005.

Honorable J. Daniel Breen
United States District Court Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 9-12-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:05-CR-20219 was distributed by fax, mail, or direct printing on September 12, 2005 to the parties listed.

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephanie Zander Johnson
U S ATTORNEY'S OFFICE
167 N. Main St
Ste 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT