IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 29 PM 3: 11

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| UNITED STATES OF AMERICA, | * | |
|---|---|---|
| Plaintiff, | * | |
| v. | * | Cr. No. 05-20219-B |
| TOMMIE LEE BALLARD, | * | |
| Defendant. | * | |

## ORDER GRANTING DEFENDANT'S MOTION TO EXTEND DEADLINE TO FILE PRETRIAL MOTIONS

For good cause shown, and without objection by the United States, this Court hereby **GRANTS** the defendant's motion to extend the deadline to file pretrial motions.

The deadline is hereby **RESET** to Tuesday, November 1, 2005.

It is so **ORDERED**, this the 29ⁿᵈ day of _____ 2005.

_____
Honorable J. Daniel Breen
United States District Court Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-30-05

(19)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:05-CR-20219 was distributed by fax, mail, or direct printing on September 30, 2005 to the parties listed.

---

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephanie Zander Johnson
U S ATTORNEY'S OFFICE
167 N. Main St
Ste 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT